# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN JACOB, | : No. 60 EAP 2024 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered on |
| | : August 29, 2024, at No. 337 MD |
| v. | : 2023. |
| | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**                                                                    **DECIDED: July 22, 2025**

    **AND NOW,** this 22nd day of July, 2025, the order of the Commonwealth Court is

**AFFIRMED**.